IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA and | ) | |
| WILLIAM J. SANDER, REVENUE | ) | |
| OFFICER OF THE INTERNAL REVENUE | ) | |
| SERVICE | ) | |
| | ) | No. 3:09-0317 |
| v. | ) | JUDGE ECHOLS |
| | ) | |
| JACKIE W. POSEY | ) | |

**O R D E R**

Pursuant to the Notice of Dismissal Without Prejudice by Petitioners (Docket Entry No. 6) filed by the Petitioners, this action is hereby DISMISSED without prejudice pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure.

IT IS SO ORDERED.

_____
ROBERT L. ECHOLS
UNITED STATES DISTRICT JUDGE